UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                              CHAPTER 13 PROCEEDINGS
DENNIS RIVET                       CASE NUMBER: 04-24026
BRENDA RIVET                    HON: DANIEL S OPPERMAN
              Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $3.66 for deposits in the U. S. Registry as evidenced by the attached Check No. 253370 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on March 31, 2010 on behalf of the following debtor:


     March 31, 2010     $3.66   to debtor

    Debtor failed to cash check

Date: October 18, 2010                              /s/ Thomas W McDonald
                                                             Thomas W McDonald, Jr.
                                                              Chapter 13 Trustee
                                                              3144 Davenport Ave
                                                               Saginaw Mi 48602
                                                               Telephone (989) 792-6766
                                                               ecf@mcdonald13.org